BRYAN CAVE LLP, 00145700
Sean K. McElenney, 016987
Daniel P. Crane, 030623
Lindsay H. S. Hesketh, 031233
Two N. Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone:  (602) 364-7000
Facsimile:  (602) 364-7070
Internet:     skmcelenney@bryancave.com
                   dan.crane@bryancave.com
                   lindsay.hesketh@bryancave.com

Attorneys for Petitioner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| *IN RE HAGUE CHILD ABDUCTION APPLICATION* <br><br> Tanya Selene Medina Cárdenas, <br><br> Petitioner, <br><br> v. <br><br> Anthony John Peters, <br><br> Respondent. | No. 2:15-cv-00742-DJH <br><br> **PARTIES' JOINT STIPULATED ORDER REGARDING PETITIONER'S VERIFIED PETITION FOR RETURN OF CHILD UNDER THE HAGUE CONVENTION** |

Petitioner Tanya Selene Medina Cárdenas ("Petitioner") and Respondent Anthony John Peters ("Respondent") stipulate and agree to the Court entering an Order as follows:

1.     Respondent shall return the subject child to Petitioner or Petitioner's representative on May 23, 2015, at a time and place to be agreed upon by the parties for the purpose of returning the subject child to Petitioner in Mexico;

2.     Respondent shall pay Petitioner's necessary "transportation costs related to the return of the [subject] child" pursuant to 22 U.S.C. § 9007(b)(3), in the total amount

779093

of up to $750.00 by delivering a check to Petitioner's counsel within fifteen (15) days after Petitioner provides proof of the transportation costs to Respondent's counsel;

    3.     Respondent and Petitioner shall bear their own costs, attorneys' fees and other fees incurred in this action, except for transportation costs as set forth above in Section 2;

    4.     Respondent agrees to execute and deliver any instrument, furnish any information, and/or perform any other acts reasonably necessary to carry out the return of the subject child to Petitioner in Mexico without undue delay or expense;

    5.     Petitioner agrees to execute and deliver any instrument, furnish any information, and/or perform any other acts reasonably necessary to assist in and dismiss pending criminal charges against Respondent resulting from his conduct in taking the subject child from Mexico to the United States on November 29, 2014.

RESPECTFULLY SUBMITTED this 13th day of May, 2015.

| LAW OFFICE OF JAMI M. CORNISH, PLLC | BRYAN CAVE LLP |
|---|---|
| By   */s/ Jami M. Cornish (w/ permission)*<br>    Jami M. Cornish<br>    600 East Baseline Road, Suite A3<br>    Tempe, AZ  85283<br>    Attorneys for Respondent | By   */s/ Daniel P. Crane*<br>    Sean K. McElenney<br>    Daniel P. Crane<br>    Lindsay H. S. Hesketh<br>    Two N. Central Avenue, Suite 2200<br>    Phoenix, AZ  85004-4406<br>    Attorneys for Petitioner |

1  **ORIGINAL** electronically filed via the Court's
2  ECF system this 13th day of May, 2015, and a
   **COPY** sent via U.S. mail to:
3

4
   Jami M. Cornish
5  600 East Baseline Road, Suite A3
   Tempe, AZ  85283
6  Attorneys for Respondent

7

8   /s/ Daniel P. Crane

777219                                 3